IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith-Moore, Jacqueline D | Case Number: 07 B 16486 |
| | Judge: Hollis, Pamela S |
| Printed: 9/30/08 | Filed: 9/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 18, 2008
Confirmed: November 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,260.00 | |
| Secured: | | 8,742.36 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 517.64 |
| Other Funds: | | 0.00 |
| Totals: | 9,260.00 | 9,260.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,709.20 | 0.00 |
| 2. | HSBC Mortgage Services | Secured | 14,574.46 | 8,742.36 |
| 3. | American General Finance | Secured | 4,866.18 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 19,710.84 | 0.00 |
| 5. | Internal Revenue Service | Priority | 30,037.13 | 0.00 |
| 6. | Credit First | Unsecured | 392.43 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 1,821.41 | 0.00 |
| 8. | Capital One | Unsecured | 516.18 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 6,795.80 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 569.70 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 16,632.17 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 635.31 | 0.00 |
| 13. | Customer Service Center | Unsecured | | No Claim Filed |
| 14. | First National Credit Card | Unsecured | | No Claim Filed |
| 15. | Allied Interstate | Unsecured | | No Claim Filed |
| 16. | Town & Country Motorists | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 98,260.81 | $ 8,742.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 413.64 |
| 6.5% | 104.00 |
| | _____ |
| | $ 517.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith-Moore, Jacqueline D | Case Number:  07 B 16486 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/30/08 | Filed:  9/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:



_____